**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TODD M. FUGGI, etc.,**

          **Plaintiff,**

-vs-                                               **Case No. 6:04-cv-1714-Orl-22KRS**

**STEADFAST INSURANCE CO., et al.,**

          **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING AON'S MOTION TO STRIKE PLAINTIFF'S EXPERTS (Doc. No. 47)**
>
> **FILED:**    **March 1, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

While the Court does not condone the failure of counsel to abide by deadlines and orders of the Court, case law in this Circuit indicates that a court should only strike expert witnesses if no lesser sanction would alleviate the harm caused by the belated disclosure. In this instance, it appears that disclosure of the expert witnesses was made, albeit belatedly.

Accordingly, it is **ORDERED** that the motion for reconsideration is **GRANTED** to the extent that the Court will not preclude Plaintiff Todd M. Fuggi from relying upon the opinion of expert witnesses whose reports were disclosed as March 1, 2006. It is further **ORDERED** that Fuggi shall provide at least two dates before the close of discovery on which his attorney and each of his experts is available to be deposed. The defendants may serve supplemental or rebuttal expert reports on or before April 7, 2006.

Simultaneously with the disclosure of each supplemental or expert report, the defendants shall provide at least two dates on or before April 17, 2006, on which counsel for the defendants and the expert is available to be deposed. The discovery deadline is not extended in any other respect.

As for the monetary sanction imposed, the motion for reconsideration is **DENIED**. The sanction remains appropriate because the movant incurred attorneys' fees in having to file the motion that prompted Fuggi's belated disclosure of expert witnesses.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties