# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TODD M. FUGGI, etc.,**

                   **Plaintiff,**

**-vs-**                                                         **Case No. 6:04-cv-1714-Orl-22KRS**

**STEADFAST INSURANCE CO., et al.,**

                   **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO STRIKE DEFENDANT, AON RISK SERVICES EXPERTS (Doc. No. 48)**
>
> **FILED:** March 1, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:** **PLAINTIFF'S MOTION TO STRIKE DEFENDANT, STEADFAST'S EXPERT, ROBERT WHITE (Doc. No. 49)**
>
> **FILED:** March 1, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

*See* Doc. No. 53.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2006.

                                                      *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties