**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TODD M. FUGGI, etc.,**

                    **Plaintiff,**

-vs-                                    **Case No. 6:04-cv-1714-Orl-22KRS**

**STEADFAST INSURANCE CO., and
ALEXANDER & ALEXANDER, INC., n/k/a
AON RISK SERVICES, INC. OF GEORGIA,**

                    **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL (Doc. No. 56)
>
> **FILED:** March 31, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The instant motion fails to comply with Middle District of Florida Local Rule 3.04, which requires the moving party to "quote in full each interrogatory, question on deposition, request for admission or request for production to which the motion is addressed . . . ." M.D. Fla. L.R. 3.04(a). If the motion pertains to a request for production of documents made in a notice of deposition *duces tecum*

or subpoena *duces tecum* served by the movant, the movant shall quote the language of the *duces tecum* to which the motion is addressed.

      **DONE** and **ORDERED** in Orlando, Florida on April 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties